In the Matter of the Transfer Tax upon the Estate of SARAH E. BATTERSON, Deceased. THE PENNSYLVANIA COMPANY FOR INSURANCE ON LIVES

AND GRANTING ANNUITIES, as Executor, etc., Appellant; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.